IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TOM MARLOW, | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| v. | ) NUMBER 3:14-cv-124-TCB |
| TECHTRONICS INDUSTRIES NORTHAMERICA, INC., et al., | ) |
| Defendants. | ) |

### ORDER

The undersigned has discovered a conflict in the above-styled action and therefore must recuse from ruling in this case. The Clerk of the Court is DIRECTED to re-assign this case to another district judge in accordance with the Internal Operating Procedures of this Court.

IT IS SO ORDERED this 22nd day of September, 2014.

_____
Timothy C. Batten, Sr.
United States District Judge